UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROXANNE KWIATEK, <br><br> Plaintiff, <br><br> v. <br><br> NEW JERSEY MANUFACTURERS INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. <br><br> 15-3388 (MCA) (LDW) <br><br> **REPORT AND RECOMMENDATION** |

**THIS MATTER** having come before the Court by way of a motion by plaintiff for disbursement of a settlement check and attorney's fees (ECF No. 50), and the Court having issued a Report and Recommendation on the record during an October 26, 2018 telephone conference,

**IT IS, on this 5th day of November 2018,**

**ORDERED** that for the reasons set forth on the record, the Court recommends plaintiff's motion at ECF No. 50 be **DENIED**; and the parties are hereby advised that, pursuant to Fed. R. Civ. P. 72(b)(2), they have 14 days after being served with a copy of this Report and Recommendation to serve and file specific written objections to the Honorable Madeline Cox Arleo.

Hon. Leda Dunn Wettre
United States Magistrate Judge