UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROXANNE KWIATEK,**<br><br>        *Plaintiffs*,<br>**v.**<br><br>**NEW JERSEY MANUFACTURERS INSURANCE COMPANY,**<br><br>        *Defendants.* | **Civil Action No. 15-3388(MCA)**<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiff's Roxanne Kwiatek motion to allow disbursement of settlement check ECF. No. 50;

and it appearing that Judge Wettre issued a Report and Recommendation dated November 5th, 2018 in which Judge Wettre recommended that this Court deny Plaintiff's motion, ECF. No. 50; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation

**IT IS** on this 19th day of November, 2018,

**ORDERED** that Judge Wettre's Report and Recommendation dated November 5th, 2018, is **ADOPTED** and Plaintiffs' motion is **DENIED**.

                                        */s Madeline Cox Arleo*
                                        **Hon. Madeline Cox Arleo**
                                        **United States District Judge**